Filed at ___10:52 A___M
___4/17___, 20_19
___BCL___
Deputy Clerk, U.S. District Court
~~Middle District of Georgia~~

(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

Middle District of Georgia

*1:19-cv-56*

Gerry N. Coleman
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dillard's Department Store 276
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Gerry N. Coleman
Street Address      307 6th Ave.
City and County     Albany, Dougherty County
State and Zip Code  Ga., 31701
Telephone Number    229-199-6080
E-mail Address      gerryncoleman @ gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Gerry N. Coleman
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

Dillard's Department Store 276
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    415-2018-00299
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ☐ Yes    ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gerry N. Coleman |
| Street Address | 307 6th Ave. |
| City and County | Albany, Dougherty |
| State and Zip Code | Ga. 31701 |
| Telephone Number | 229-699-6080 |
| E-mail Address | gerryncoleman @ gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

(9/16) Complaint for a Civil Case

Defendant No. 1
    Name    Dillard's Department Store 276
    Job or Title *(if known)*
    Street Address    2601 Dawson Rd.
    City and County    Albany, Dougherty County
    State and Zip Code    Ga., 31707
    Telephone Number    229-883-7900
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7/12/18

B.    The Equal Employment Opportunity Commission *(check one)*:

☑    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter. which I received on *(date)*            .

   *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Dillard's discriminated against me for being the only male in the department. They gave me less hours, but more work and used that as ways to write me up. My pictures and recording proves that they did this to me and fired me right after I came back from getting married.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

7/5/17 , 7/17/17 , 8/6/17 , 8/24/17 , 9/5/17

C.     I believe that defendant(s) *(check one)*:

☐     is/are still committing these acts against me.

☑     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑     race          Only black/male in department

☐     color         _____

☑     gender/sex    Only black/male in dept.

☐     religion      _____

☐     national origin  _____

☐     age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

E.     The facts of my case are as follows.  Attach additional pages if needed.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

State and Zip Code

Telephone Number

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gerry N. Coleman<br>307 6th Ave<br>Albany, GA 31701 | From: | Savannah Local Office<br>7391 Hodgson Memorial Drive<br>Suite 200<br>Savannah, GA 31406 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 415-2018-00299 | Janice D. Smith,<br>Investigator | (912) 920-4482 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    7/12/18
**Omayra Padilla,**                    *(Date Mailed)*
**Director**

Enclosures(s)

cc: **Carol Koros**
**Legal Assistant**
**DILLARD'S**
**1600 Cantrell Rd.**
**Little Rock, AR 72201**

# DOCUMENTATION OF DISCIPLINARY ACTION

**TYPE OF DOCUMENTATION:**   ☒ Written   ☐ Termination

Employee Name: _Gerry Coleman_

Position: _Sales Associate_   AIN: _908_ - _19_ - _5822_

Operating Location Name: _Dillards Albany_ No. _276_   Exp/Dpt _660_

## STATEMENTS OF ACTION TAKEN
### (Actual Advisement of Employee)

STATEMENT OF
IMPROPER ACTION: _Violation of work rule #10. Insubordination, failure to follow instructions from a Supervisor, and engaging in contemptuous or taunting conduct that undermines the authority of management will not be tolerated. On 7/16 Gerry did not follow instruction to complete a task, he chose to intrude on another associate and her customers._

STATEMENT OF CORRECTIVE ACTION
(FUTURE EXPECTATION): _Gerry will follow all instruction from all managers and/or Supervisors. All tasks given must be completed in a timely manner. Nothing less than team work will be accepted._

STATEMENT(S) & DATE(S) OF ANY PREVIOUS WARNING(S)
(Include any prior oral reprimands or written warnings): _Gerry received a written warning for a similar situation on 7/5/17_



## DOCUMENTATION OF DISCIPLINARY ACTION

TYPE OF DOCUMENTATION:    ☐ Written    ☒ Termination

Employee Name: Gerry Coleman

Position: Sales Associate                    AIN: 908 - 19 - 5822

Operating Location Name: Albany            No. 276    Exp/Dpt 660

### STATEMENTS OF ACTION TAKEN
(Actual Advisement of Employee)

STATEMENT OF
IMPROPER ACTION: Work Rule #2: Satisfactory job performance is necessary and conscientious application of effort and ability in performing duties is required.

Despite multiple counselings, Gerry has not taken care of his stock and back room responsibilities as requested.

STATEMENT OF CORRECTIVE ACTION
(FUTURE EXPECTATION): _____N/A_____

STATEMENT(S) & DATE(S) OF ANY PREVIOUS WARNING(S)
(Include any prior oral reprimands or written warnings): _____

7/5 : Work Rule #2

7/17 : Work Rule #10

# DOCUMENTATION OF DISCIPLINARY ACTION

**TYPE OF DOCUMENTATION:**   ☒ Written   ☐ Termination

Employee Name: _Gerry Coleman_

Position: _Sales Associate_   AIN: _908_-_19_-_5822_

Operating Location Name: _Dillard's Albany_ No. _276_   Exp/Dpt _660_

## STATEMENTS OF ACTION TAKEN
### (Actual Advisement of Employee)

STATEMENT OF IMPROPER ACTION: _Violation of work rule #2 - Satisfactory job performance is necessary and conscientious application of effort and ability in performing duties is required. Gerry has not been following instruction by his Supervisor. He has not put away stock and merchandise as instructed or maintained his Stockroom to Standard._

STATEMENT OF CORRECTIVE ACTION (FUTURE EXPECTATION): _Gerry must spend 1/2 hour or 1 hour, depending on length of shift working any stock, audits or maintenance of his assigned Stockroom. All work must be to Standard. Improvement must be seen within the month._

STATEMENT(S) & DATE(S) OF ANY PREVIOUS WARNING(S) (Include any prior oral reprimands or written warnings): _These are subjects discussed and taught regularly. Gerry is aware of his duties._

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/17/19

Signature of Plaintiff   _Gerry N. Coleman_

Printed Name of Plaintiff   _Gerry N. Coleman_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____